IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CASEY,

        Plaintiff,                     No. CIV S-05-2071 DFL GGH PS

    vs.

J.C.'S EXPRESS, INC.,

        Defendant.                  ORDER TO SHOW CAUSE

_____/

        Plaintiff is proceeding pro se in this action which was removed to this court by defendant on October 14, 2005. By order filed October 14, 2005, this court directed the parties to file a status report within forty-five days after defendant answers. Defendant filed an answer on October 14, 2005. The forty-five days have since passed, and the parties have not responded to the court's order.

/////

/////

/////

/////

/////

/////

1

Accordingly, plaintiff is directed to SHOW CAUSE, within fifteen days from the date this order is filed, why a joint status report has not been filed. Failure <u>timely</u> to file the required writing will result in a recommendation that the case be dismissed.

DATED: 1/10/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
Casey2071.fsr.wpd

2